**STATE v. BARROW**

[365 N.C. 540 (2012)]

STATE OF NORTH CAROLINA )
)
v. ) ORDER
)
CHAD JARRETT BARROW )

No. 505A11

## ORDER

The State's Petition for Writ of Supersedeas dated 21 November 2011 is allowed. The State's Petition for Discretionary Review dated 21 November 2011 is allowed. Defendant's Petition for Discretionary Review as to Additional Issues filed 5 December 2011 is allowed as to Defendant's Issue I only.

By order of the Court in Conference, this 26th day of January, 2012.

s/Jackson, J.
For the Court